UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:** **Vitaliy Andreyev**<br>**Docket Number:  0972 2:12CR00069-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Vitaliy Andreyev is requesting permission to travel to Dominican Republic.   Vitaliy Andreyev is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On March 22, 2016, Vitaliy Andreyev was sentenced for the offense of 18 USC 1343 – Wire Fraud (Class C Felony).

**Sentence Imposed:**  Time Served; 24 months Supervised Release; and $100 Special Assessment

**Dates and Mode of Travel:**  February 18, 2017, to March 4, 2017; Travel arrangements will be determined upon Court approval.

**Purpose:**  Honeymoon

**RE:** Vitaliy Andreyev
Docket Number: 0972 2:12CR00069-002
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: January 10, 2017
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:** **BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☐   Approved    ☒   Disapproved

**1/12/2017**                                  /s/ John A. Mendez
**Date**                                      **JOHN A. MENDEZ**
                                              **United States District Court Judge**

2