UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE: Vitaliy Andreyev**<br>**Docket Number: 0972 2:12CR00069-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Vitaliy Andreyev is requesting permission to travel to Playa del Carmen, Mexico. Vitaliy Andreyev is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 22, 2016, Vitaliy Andreyev was sentenced for the offense of 18 USC 1343 – Wire Fraud (Class C Felony).

**Sentence Imposed:** Credit for Time Served; 24 months Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** February 11, 2018, through February 18, 2018; Traveling by United Airlines.

**Purpose:** Will be traveling with his wife for their one year wedding anniversary.

**RE:   Vitaliy  Andreyev**
     **Docket Number:  0972 2:12CR00069-002**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Adrian Garcia

Adrian Garcia
United States Probation Officer

Dated:   January 17, 2018
         Fresno, California
         AG/rmv

*Brian J. Bedrosian  for*
**REVIEWED BY:   TIM D. MECHEM**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved        ☐    Disapproved

**1-19-2018**                          **/s/JOHN A. MENDEZ**
**Date**                               **JOHN A. MENDEZ**
                                       **United States District Court Judge**